UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTTIE RAY VAN NORT,            )
                                 )
            Plaintiff,           )   **Case No. 3:09-cv-00059-LRH-VPC**
                                 )
vs                               )
                                 )   ORDER
GLEN FAIR, et al.,               )
                                 )
            Defendants.          )
_____)

Plaintiff, an inmate at Northern Nevada Correctional Center, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. Section 1983. On May 20, 2009, the court entered a screening order in this case (Docket #7). In that order, the court granted plaintiff thirty days within which to file an amended complaint, remedying, if possible, the defects in the original complaint. Plaintiff was expressly informed that his failure to timely file an amended complaint in compliance with the court's order would result in the dismissal of this action and the entry of judgment for defendants. Thirty days have now passed and **plaintiff has not filed an amended complaint or otherwise responded to the court's order.**

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the clerk is directed to enter judgment for defendants and to close this case.

DATED this 13th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE